UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

CASE NO.: 18-CV-61262-BLOOM/VALLE

JENNIFER K. HARPER,

    Plaintiff,

vs.

SCOTT J. ISRAEL, as SHERIFF of BROWARD COUNTY, Florida, DEPUTY CHAD BAILEY (Badge No. 10302), individually and DEPUTY CHRISTOPHER BRADLEY (Badge No. 12143), individually.

    Defendants.

_____/

## DEFENDANT'S EXPERT WITNESS DISCLOSURE

Defendants, SCOTT J. ISRAEL, as SHERIFF of BROWARD COUNTY, Florida, DEPUTY CHAD BAILEY (Badge No. 10302), individually and DEPUTY CHRISTOPHER BRADLEY (Badge No. 12143), individually, by and through undersigned counsel, and pursuant to Rule 26(a)(2)(A)-(B) of the Federal Rules of Civil Procedure, hereby submits its designation of expert witnesses that it will call at the time of trial:

## PRELIMINARY STATEMENT

This disclosure of expert witnesses is based upon the discovery to date. Therefore, Defendants, SCOTT J. ISRAEL, as SHERIFF of BROWARD COUNTY, Florida, DEPUTY CHAD BAILEY (Badge No. 10302), individually and DEPUTY CHRISTOPHER BRADLEY (Badge No. 12143), expressly reserve the right to supplement this disclosure upon completion of additional discovery, including, but not limited to, the completion of the depositions of fact witnesses and a review of their deposition transcripts by Defendant's expert witnesses, and the

completion of the depositions of the Plaintiff's expert witnesses and or treating physicians, if any, and a review of their deposition transcripts by the Defendants' expert witnesses. Defendants also reserves the right to supplement its disclosure of expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)(ii), and the rebuttal of the opinions and bases for same expressed by the Parties' respective expert witnesses is reserved until the depositions of the Parties' expert witnesses. In addition, the Defendants reserve the right to supplement its expert disclosures pursuant to Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e).

## IDENTIFICATION OF EXPERT WITNESSES

1. **Ivan Rodriguez**
   **Law Enforcement & Security Consulting LLC**
   **15751 Sheridan Street #167**
   **Fort Lauderdale, Florida 33331**

   Mr. Rodriguez is a graduate of Florida International University and St. Thomas University and is a court recognized expert in police policies and procedures who will provide testimony regarding the actions of the officers, the reasonableness of their actions and whether the incident was preventable by reasonable policy and procedure standards. His opinions will be based upon his education, training and experience (See C.V.) as well as deposition testimony, police reports and all discovery in this matter. Plaintiff's counsel is warned that to obtain all of Mr. Rodriguez's detailed opinions, a complete deposition should be taken of our expert who we will make available without subpoena upon reasonable notice, so that counsel can ask and obtain any or all of the opinions in the general areas outlined above.

   In addition, a copy of Mr. Rodriguez's C.V. setting forth his qualifications is attached as is a list of prior testimony, his testimony history and a statement of his compensation to be paid for his study and testimony in this case is attached. Please see *Composite Exhibit "A"*.

2. All experts listed by co-defendants, third party defendants, including Plaintiff, regardless of whether the disclosing party has been dismissed, settled or obtained judgment in its favor prior to trial.

3. Any witnesses who has been deposed or noticed for deposition in this litigation, who is not a retained expert, but has special knowledge, skill, education or experience, as to the matters discussed in the deposition or written report.

4. All treating and examining physicians of the Plaintiff, including physicians who have treated the plaintiff prior to this accident, as to the subject matters contained in their medical records.

5. The parties and their employees or agents who have been deposed in this litigation, who are not retained experts, but have special knowledge, skill, education or experience, as to the matters discussed in their deposition or written reports.

6. Any retained experts disclosed in prior expert witness disclosures, witness lists or pretrial catalogs.

7. Any non-retained expert who prepared a report that was produced in discovery.

8. This Defendants reserve the right to call any and all additional expert witnesses in rebuttal and/or for impeachment purposes.

9. This Defendants reserve the right to amend and/or supplement this Disclosure of Expert Witnesses upon proper notice to all parties to this litigation and to the Court, pending completion of discovery.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, to all counsel of record on the attached Service List, this 1st day of March, 2019.

LUKS, SANTANIELLO, PETRILLO & JONES
Attorneys for Defendants
110 SE 6TH STREET
20TH FLOOR
FORT LAUDERDALE, FL 33301
Telephone: (954) 761-9900
Facsimile: (954) 761-9940

By:     /s/ Dorsey Miller
DANIEL J. SANTANIELLO
Florida Bar No.: 860948
DORSEY MILLER
Florida Bar No.: 580309
LUKSFLL-Pleadings@LS-Law.com

## SERVICE LIST

Counsel for Plaintiff:
Rick L. Yabor, Esquire
Law Office of Rick Yabor, P.A
10689 North Kendall Drive, Suite 321
Miami, FL 33176
Tel: (786) 773-3105
Email: rick.yabor@yaborlaw.com