**02/28/2019**

# CURRICULUM VITAE

**Ivan Rodriguez, Consultant**
**LAW ENFORCEMENT & SECURITY CONSULTING LLC**
**15751 Sheridan Street #167**
**Fort Lauderdale, Fl. 33331**
**Office (305) 766-0640**
**Website: http://lesecconsulting.tripod.com/**
**Email: Lesecconsulting@gmail.com**

## LITIGATION SERVICES:

Ivan Rodriguez provides litigation services as a consultant/expert witness. He has consulted in approximately 90 cases and has testified in Federal and State Courts as an expert 17 times in the following areas:

Police Use of Deadly Force – Police Involved Shooting - Excessive Use of Force – Police Defensive Tactics Training – Firearms Training - False Arrest – Probable Cause/ Reasonable Suspicion - Police Policy and Procedure- Vehicle Pursuits – Traffic Stops – Felony Stops – High Risk and Unknown Risk Stops - Police Training & Tactics – Arrest Warrants – Investigations – Hiring Practices – Handcuffing - Prisoner Transportation – Reaction Time – Perceptual Distortion.

Ivan Rodriguez is also qualified and has consulted on cases in the following areas:

Special Weapons & Tactics Team (SWAT) Training and Tactics – Search Warrant Execution – Dignitary Protection – Hostage and Barricaded Subject situations – Electronic Control Devices (ECD) – Mobile Field Force Training and Tactics - Crowd Management Major Events - Non-violent/Violent Demonstrations/Protests

Private Security Training – Security Guard Negligence – Excessive Use of Force

## EDUCATION:

| | | |
|---|---|---|
| **Master of Science, Public Management** | St. Thomas University | December 2010 |
| **Bachelor of Public Administration:** | Florida International University | December 1993 |
| **Associate in Arts, Criminal Justice:** | Miami Dade Community College | June 1986 |
| **Executive Development Institute Basic Certification** | | February 1999 |

## PARTIAL LIST OF CERTIFICATIONS & LICENSES:

- State of Florida Police Firearms Instructor
- State of Florida Police Defensive Tactics Instructor
- State of Florida Police Defensive Driving Instructor
- State of Florida Crime Prevention Practitioner (FCCP)
- State of Florida Security Instructor D License
- State of Florida Security Firearms Instructor K License
- Special Response Team (SRT)
- Critical Incident Management Instructor
- Chemical Agents Instructor
- Officer Survival Instructor

List of Continuing Education Courses & Certifications Available Upon Request

DEFENDANT'S EXHIBIT A

**PROFESSIONAL AFFILIATIONS:**

| | |
|---|---|
| American Society of Law Enforcement Trainers (ASLET) | 02/1991 – 2005 |
| National Tactical Officers Association | 1989 - Present |
|    Training and Tactics Advisory Board Member | 06/1993 – 04/1995 |
| Dade Police Benevolent Association (PBA) | 10/1983 – 06/2014 |
| Professional Law Enforcement Association (PLEA) | 01/1989 – 06/2014 |
|     Board member Treasurer | 1992 – 10/1999 |
| International Law Enforcement Educators & Trainers Association (ILEETA) | 04/2004 - Present |

**PROFESSIONAL EXPERIENCE:**

**Law Enforcement & Security Consulting LLC**                                     05/14 – Present
Provide litigation support services as a consultant/expert witness to Attorneys, Law Enforcement and Security Agencies. Provide Firearms and Defensive Tactics Training to Law Enforcement, Security Officers and Civilians.

**Miami Dade School of Justice** (Part-time Police Academy Instructor)           10/15 – Present
Teach Use of Force, Deadly Force, Defensive Tactics, Patrol Procedures, SWAT Schools, Active Shooter and Tactical Courses to police and corrections academy trainees and sworn law enforcement officers.

**Miami Dade School of Justice** (Part-time Police Academy Instructor)           08/07 – 06/14

Teach Use of Force, Deadly Force, Defensive Tactics, Patrol Procedures, SWAT Schools, Active Shooter and Tactical Courses to police and corrections academy trainees and sworn law enforcement officers.

**Miami Dade County Attorney's Office**
**Consultant and Testifying Expert on Use of Force/ Policy and Procedures**   20 Years   1994 – 06/14

Served as Consultant / Expert in Use of Force and Policy and Procedures.

Provide the Miami-Dade County Attorney's Office litigation services as a consultant/expert witness. Testified in Federal and State Court as an expert in the following areas:

Police Use of Deadly Force – Police Involved Shooting - Excessive Use of Force – Police Defensive Tactics Training – Firearms Training - False Arrest – Probable Cause/ Reasonable Suspicion - Police Policy and Procedure- Vehicle Pursuits – Traffic Stops – Felony Stops – High Risk and Unknown Risk Stops - Police Training & Tactics – Arrest Warrants – Investigations – Hiring Practices – Handcuffing - Prisoner Transportation – Reaction Time - Perceptual Distortion

Duties include:

    Review case documents and assist in determination of viability of cases.
    Provide Opinions based on recognized standards
    Prepare affidavits to support or respond to Summary Judgment Motions
    Prepare Required Reports / Draft Deposition Questions
    Provide Deposition and Trial Testimony (State and Federal Courts)
    Review Departmental Policies and Procedures, Training, and Investigations

**Private Security Training and Consulting Experience**

During his law enforcement career Ivan Rodriguez has worked as an off-duty officer providing private security services for Hospitals, Supermarkets, Department Stores, Warehouse Complexes, Office Buildings, Shopping Malls, Banks, Hotels, Nightclubs, Concerts, Fairs, Schools and School Events.

As Platoon Commander and SWAT Commander, he would conduct security walk-throughs of Schools, Hospitals, Stadiums, Shopping Malls, and other high-risk locations to prepare for law enforcement response to incidents that may occur.

Supervised security of large scale events such as Baseball and Football games, Fairs, Protests, Presidential visits etc.

Ivan Rodriguez has trained security guards in use of force, baton, handcuffing, and arrest tactics.

**Miami – Dade Police Department (MDPD)**                              31 Years        06/83 – 06/14

**Miami Dade Police Department (MDPD) District Platoon Commander**             11/05 – 06/14

District Shift Commander responsible for the management and manpower allocation of a Platoon which consisted of approximately 5 Sergeants and 35 – 45 Officers.

Prepare operational and tactical plans for large scale events, protests, POTUS visits and other dignitaries, NBA Championship street celebrations etc.

Respond to major crime scenes, police shootings, protests, barricaded subjects, assumed duties as on scene incident commander coordinating and directing all levels of response.

Investigate personnel complaints. Take statements from complainant(s), witnesses, and officers. Prepare investigative findings report and recommend discipline.

Review Internal Affairs Investigations and concur or not concur with findings of the investigation. Prepare memo outlining any discrepancies that need to be reviewed and any other suggestions to support findings.

Attend and monitor disciplinary and termination appeal hearings when requested.

MDPD Driver Refresher Instructor -- Teach Defensive Driving, Vehicle Operations, Crash Avoidance, and Pursuit Policy Training for all departmental Officers, Sergeants, and Lieutenants.

**Northwest District General Investigation Commander (Interim)**                 06/08 – 09/08

Responsibility of ensuring the complete and accurate investigation of the following offenses: residential and commercial burglary, theft, assault, sex offenses, auto theft, minor embezzlement, extortion, malicious mischief, false bomb threats, and miscellaneous offenses not handled by specialized units.

Directed and supervised the entire investigative section comprised of the Burglary Squad, Persons and Property Squad, Auto-Theft Unit, Probation and Parole Unit, the Crime Suppression Team and the Crime Analysis Unit.

Conducted weekly operational briefings to the District Major and District Platoon Commanders to identify and address crime trends occurring within the District; reviewed and analyzed assessment reports, identifying crime trends and formulating action plans to address and curtail these crimes.

**District Field Training and Evaluation Coordinator (FTEC)**                    06/07 – 06/08

Coordinated overall field training and evaluation activities of new recruits. Monitor the progress of each probationary police officer by reviewing daily, weekly, and monthly evaluations. Ensuring that probationary police officers are learning and performing at a satisfactory level and providing remedial training when needed.

**Special Response Team (SRT) & Dignitary Protection Unit (DPU) Commander**       09/04 – 11/05

The Miami-Dade Police Department SRT is a full-time team of a consisting of:
  Training Unit   -   1 Sergeant and 2Training Officers
  Teams  (4)      -   1 Sergeant and 10 Officers on each team.

Supervise and direct the successful resolution of high-risk police situations; which include hostage situations, barricaded subjects, sniper incidents, high risk search and arrest warrants, canine searches for armed violent subjects, and any other incidents of a high-risk nature in which specialized unit response would be beneficial. Coordinate and assist the United

3

States Secret Service (USSS), United States Department of State (USDS) and other federal, state, and local authorities to provide police protection for individuals who carry a threat level that requires more than a uniform presence.

Supervise the recruitment, selection, and training of new officers and monitor and document all in-service and internal training of all four teams.

Conduct security walk-throughs of Schools, Hospitals, Stadiums, Shopping Malls, and other high-risk locations to prepare for law enforcement tactical response to incidents that may occur.

Additional duties and responsibilities:

**Mobile Field Force (MFF) Training Committee Chairperson:** Served as the MFF Training Committee Chairperson. Responsibilities include training the entire department and participating Miami-Dade Municipal Police Departments. Planning and preparation operational plans for deployment of MFF for large scale protests at events such as Andean Free Trade Agreement (AFTA), Presidential visits and other events that may require an immediate response to crowds and demonstrations and disturbances.

**Personnel Management Bureau Lieutenant** - Recruitment & Selection Section          07/03 – 09/04

Supervise the recruitment, selection, and hiring process for all sworn and civilian personnel. Ensure that only the best qualified applicants were selected for employment with the Miami-Dade Police Department. The section was composed of two Background Investigation Sergeants, twenty Background Investigators, one Administrative Sergeant, and ten administrative support personnel.

**Warrants Bureau Lieutenant**                                                          04/99 – 07/03

Oversee the investigations of locating, apprehending, and extradition of wanted felons, individuals with outstanding Civil Writs of Bodily Attachment, Ex-parte Orders, Juvenile Pick Up Orders, and Grand Jury Indictments. The Bureau was composed of six Sergeants, forty detectives, and twenty-one administrative support personnel. The Bureau averaged 800 arrests per month.

The Bureau participates in two ongoing multi-agency operations one with the U.S. Marshals Service: the Florida Caribbean Regional Fugitive Task Force and the other with the Federal Bureau of Investigations: South Florida Violent Crimes Fugitive Task Force. The task forces target fugitives wanted for federal and state warrants, as well as high impact violent crimes including, but not limited to, homicide, felonious assaults, robbery, rape, sexual exploitation of children and drug related offenses.

Organize and maintain the Bureau's budget, payroll, grants and other funding sources.

Conducted monthly training courses: Firearms / Building Searches / Handcuffing / Traffic and Felony Stops / Perimeters Scene Containment / Barricaded Subjects.

**Robbery Bureau Sergeant** – Robbery Information Clearinghouse                        05/98 – 04/99

Supervise the Robbery Information Program Clearinghouse, which has the primary responsibility for providing real time countywide analysis of robbery related intelligence and to ensure a coordinated effort with all Miami-Dade County Police Departments in identifying and addressing robbery trends and concerns. The unit was comprised of one Intelligence Analyst, three Police Crime Analysis Specialists, two Data Entry Specialists, and one Word Processor Operator II.

**Doral District Sergeant** - General Investigations Unit                              01/97 – 05/98

Supervise a squad of investigators. Primarily responsible for ensuring the complete and accurate investigation of the following offenses: residential and commercial burglary, theft, assault, embezzlement, extortion, and miscellaneous offenses not handled by other specialized units.

4

Supervised the Warehouse Enforcement Team (WET) which was formed to combat organized warehouse burglary rings, cargo theft, and sale of stolen goods. The unit made significant organized burglary ring arrests and recovered hundreds of thousands of dollars of different types of equipment (electronics, appliances, perfumes, and other products).

**Training Bureau Sergeant** - Physical Skills Unit                                            04/92 - 01/97

Supervise a squad of training officers. Duties included the following: development, planning, designing, and implementing training programs in Defensive Tactics, Firearms, Officer Survival, Combat and Tactical courses for in service training and to police agencies within South Florida (Region 14). The unit also trained officers and instructors of Federal, State, Local, and International police departments.

Additional duties and responsibilities:

- Consult on Use of Force, Police Tactics & Procedures for the Miami-Dade Police Department and County Attorney's Office.
- Develop training programs for specialized units.
- Test, select and recommend minimum standards for departmentally issued body armor.
- Conduct Firearms Studies
- Attend officer involved shooting briefings.
- Oversaw all departmental in service Defensive Tactics and emergency medical training programs that had been decentralized. Decentralized training was conducted by:
    30 Defensive Tactics Instructors
    65 CPR / First Responder / Blood/borne Pathogen Hazardous Materials Instructors

- Conducted feasibility studies and initiated pilot programs on equipment prior to departmental issuance.

    Three major studies, which had a major impact on this department, were the **Leg Restraint Study** (In Custody Deaths), **Expandable Baton Study,** and **Pepper Spray Study.**

As the Supervisor for the Physical Skills Unit, the unit developed and implemented several new training programs including:

- Ground Fighting Defense Methods Instructor Course Basic
- Realistic Knife Defense Instructor Course Basic
- Advanced Confrontation Preconditioning
- Officer Survival Instructor
- Officer Survival Basic
- Tactical Shooting
- Tactical Narcotics Team Training
- Robbery Intervention Detail (RID) Training
- Special Events Reaction Team
- Expandable Baton Instructor Basic
- Defensive Tactics Instructor School

**Communications Bureau Sergeant** - Communications Bureau Shift Commander        11/91 - 04/92

Supervise all communications operations, consisting of supervising 12 police dispatchers and 10 complaint officers on any given shift.

**Doral Station Corporal** - Uniform Patrol                                                   12/89 - 11/91

Supervised a squad and conducted administrative duties.

**Special Response Team (SRT) / Warrants**                                          12/85 - 12/89

Duties included grenadier, counter sniper, lead penetrator, and providing dignitary protection. Participated in approximately 500 call outs, which included barricaded subjects, hostage, and, other high-risk situations. Duties in Warrants consisted of locating and apprehending high-risk wanted persons.

**Northside Station Police Officer** - Uniform Patrol                                10/83 - 12/85

Duties included patrol, responding to all types of calls for service, and traffic enforcement.

**Police Academy - Miami-Dade School of Justice and Safety Administration**         06/83 - 10/83


**COMMITTEE APPOINTMENTS:**
Mobile Field Force Committee Chairperson
MDPD In-Custody Death Task Force
Special Events Reaction Team
National Tactical Officers Association Training and Tactics Advisory Board     (June 1993 - April 1995)


**COMMENDATIONS / AWARDS:**

List of commendations and awards can be provided upon request.


**PUBLICATIONS:**

Publications Prepared for the Miami Dade Police Department:

| | |
|---|---|
| Expandable Baton Study | 1993 |
| In-Custody Death Positional Asphyxia Training Video | 1995 |
| Oleoresin Capsicum (Pepper Spray) Study | 1997 |

Other Publications:

Professional Law Enforcement Association, Frontline Newsletter, <u>Officer Survival</u>, March 1995

6

**LAW ENFORCEMENT & SECURITY CONSULTING, LLC**
**15751 Sheridan Street #167**
**Fort Lauderdale, Fl. 33331**
**Office (305) 766-0640**
**Website: http://lesecconsulting.tripod.com**
**Email: lesecconsulting@gmail.com**

## Fee Schedule

**Case Review & Analysis** - A review of materials provided will be performed at a rate of $200.00 per hour with a minimum of 20 hours ($4,000.00) required in advance of commencement of review. This nonrefundable retainer of $4,000.00 payable to Law Enforcement & Security Consulting, LLC and the signed agreement are required prior to the use of Ivan Rodriguez in this case as an expert.

**Conferences & Site Surveys -**     Within Dade & Broward $800.00 Four Hour Minimum

Outside Dade & Broward $1,600.00 plus travel & per diem

**Phone Calls -**                                          Per Quarter Hour Increments

**Written Report / Supplemental Report & Affidavits**     $2,000.00 per report

**Per Diem and Travel -** A fee of $400.00 per day to defray the costs associated with lodging, meals, and ground transportation along with the costs of round trip travel are due at my office 72 hours prior to a scheduled deposition, site visit, or trial. I do not bill and do not begin travel until all per diem and travel fees have been received.

**Depositions**  Within Dade & Broward     $2,000.00 Flat Fee Per Day
Outside Dade & Broward    $2,000.00 Flat Fee Per Day plus travel & per diem

I require that all fees in connection with depositions be paid in full prior to the deposition being taken. When requesting counsel elects to depose me the travel costs, per diem, and deposition fee must be received at my office before travel will begin. The retaining firm shall represent the above deposition fees and payment policies to opposing counsel before the deposition.

**Trial Testimony -** Within Dade & Broward   $2,000.00 Flat Fee Per Trial Day
Outside Dade & Broward $2,000.00 Flat Fee Per Trial Day plus travel & per diem

I will provide an invoice reflecting the sum due. The full invoice amount must be received at my office 72 hours before my scheduled testimony. Travel will not begin before the fee is received. If, for any reason, I should be unable to testify on the scheduled date after already arriving at the trial location, there will be an additional fee of $1,200.00 for each unanticipated day or portion thereof. The fee for additional trial days is due and payable at the time incurred.

**Standby Not Called**                          $1,200.00 Flat Fee Per Day

The trial preparation fee, based upon actual hours of preparation time, will be assessed if cancellation of trial testimony occurs within 7 days of scheduled testimony, as trial preparation would have been completed.

Checks made payable to Law Enforcement & Security Consulting, LLC

Ivan Rodriguez, Consultant/Expert
Law Enforcement & Security Consulting, LLC

Ivan Rodriguez, Consultant
**LAW ENFORCEMENT & SECURITY CONSULTING LLC**
**15751 Sheridan Street #167**
**Fort Lauderdale, Fl. 33331**
**Office (305) 766-0640**
Website: http://lesecconsulting.tripod.com/
Email: Lesecconsulting@gmail.com

TRIALS / CASES TESTIFIED

**United States District Court Cases**

1. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Wilfredo Moronta vs. Metro-Dade Police Department**
US District Court, Southern District of Florida
Case No. 93-2006-CIV-Graham

2. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Michael Cunniff vs. Metropolitan Dade County**
US District Court, Southern District of Florida
Case No. 95-2651-CIV-Hoeveler

3. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Michael Ramirez and Laura Gustiniano Ramirez vs. Miami-Dade County**
US District Court, Southern District of Florida
Case No. 98-0004-CIV-Davis                    Also provided Deposition

4. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**James Somerset vs. Metropolitan Dade County**
US District Court, Southern District of Florida
Case No. 98-3054-CIV-Seitz                    Also provided Deposition

5. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Jack Coello vs. Miami-Dade County**
US District Court, Southern District of Florida
Case No. 99-2195-CIV-Paul C. Huck

6. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Florentino Prieto vs. Miami-Dade County**
US District Court, Southern District of Florida
Case No. 99-2299-CIV-Moore

7. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Dwight Moss vs. Miami-Dade County**
US District Court, Southern District of Florida
Case No. 00-01455-CIV-Huck

8. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Denis Cardoso vs. Miami-Dade County**
US District Court, Southern District of Florida
Case No. 00-3790 CIV-Middlebrooks             Also provided Deposition

9. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Jorge Garcia Rubio vs. Miami Dade County**
US District Court, Southern District of Florida
Case No. 01-3923-CIV-Gold/Simonton

10. Miami-Dade County   Assistant County Attorneys Tamara W. Grosko & Eric K. Gressman
**Ana Almeciga vs. Miami Dade County**
US District Court, Southern District of Florida
Case No. 03-22807-CV-Huck/Turnoff

11. Miami-Dade County Assistant County Attorneys Eric K. Gressman & Rachel Walters
**Valderama v Miami-Dade County Officers Carl Rousseau & Yasmina Smith**
US District Court, Southern District of Florida
Case No. 11- 24637-CV-Cooke                    Testified May 16, 2016

**State Court Cases**
**11th Judicial Circuit in and for Miami-Dade County, Florida**

1. Miami-Dade County   Assistant County Attorney Ronald J. Bernstein
**Archie Newport and Carol Newport vs. Metropolitan Dade County, Officer Ronald Dignazio, Individually; Officer Osvaldo Hernandez, Individually; and Officer Marlene Melcon, Individually**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 95-21160 CA 20                         Also provided Deposition

2. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Annie Pierson vs. Metropolitan Dade County, Fred Taylor, V. Capote and E. Prieto**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 97-24904 CA 21                         Also provided Deposition

3. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Shaukat Tanveer Chaudhry vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 00-18879 CA 23

4. Miami-Dade County   Assistant County Attorneys Andrew Boese & Evan Grobb
**William Alex Rolle vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 02-21901 CA 25    Judge Butchko

5. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Ahmed Asad, Tony Garcia, and Noel Rivera v. Miami Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 03-11425 CA 20, Case No. 03-11428 CA 20, Case No. 03-11431 CA 20

6. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Frankie Anderson vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 07-42423 CA 21

## DEPOSITIONS

### United States District Court Cases

1. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Donald Roy Mitchell vs. Edwin Cabrera, et al. Defendants**
US District Court, Southern District of Florida
Case No. 00-1016-CIV-Graham/Turnoff

2. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Tricia Dennis vs. Miami-Dade Police Department**
US District Court, Southern District of Florida
Case No. 01-3769-CIV-Moore

3. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Maribel Peguero as Personal Representative of Jose Gabriel Ventura vs. David Delaurentos and Miami-Dade County**
US District Court, Southern District of Florida
Case No. 11-20069-CV-Jordan/McAliley

4. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Angela Garrison vs. The Town of Miami Lakes, Miami- Dade County, Edward Jarosz and Ramon Del Valle**
US District Court, Southern District of Florida
Case No. 11-237739-CIV-Cooke/Turnoff

5. J.P. Gonzalez Sirgo P.A. Attorney Franchesca Marrero-Rodriguez
**Fernando M. Coipel, and his Wife, Ida Coipel vs. John Carpenter, Harold James, Kenya Crocker, Roshan Milligan and Angel Mercado, individually, and The City of Miami**
US District Court, Southern District of Florida
Case No. 1:16-CV-20458-RNS                Testified May 26, 2017

6. Mark Schiffrin P.A. and Law Offices of Brown & Associates P.A.
**Grethel Woodstock, as Personal Representative of the Estate of Marlon Woodstock v City of Sunrise, a municipal corporation, and Gregory Loor, individually**
US District Court, Southern District of Florida
Case No. 0:17-CV-60255-CMA                Testified August 3, 2018

### State Court Cases - 11th Judicial Circuit in and for Miami-Dade County, Florida

1. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Donald Heaven and Angela Heaven vs. Metropolitan Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 93-7448 CA 04

2. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Cornelius Smith and Maria Dabetic vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 01-10020 CA 27 & Case No. 01-10021 CA 27

3. Miami-Dade County   Assistant County Attorney Craig E. Leen
**Eddy E. Gomez vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 05-09952 CA 10

4. Miami-Dade County   Assistant County Attorneys Nathalie A. Cadet-James & Eric K. Gressman
**Michael Alexander vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 05-24125 CA 09

5. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Jose Lazaro Rodriguez vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 08-58903 CA 21

6. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Roberto Brito vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 08-70028 CA 31

7. Miami-Dade County   Assistant County Attorney Eric K. Gressman
**Nissan Nehamkin vs. Miami-Dade County**
11th Judicial Circuit in and for Miami-Dade County, Florida
Case No. 10-14282 CA 22

---

## Cases Testified as an Expert within the last 4 Years

**Trials:**

1. Miami-Dade County Assistant County Attorneys Eric K. Gressman & Rachel Walters
**Valderama v Miami-Dade County Officers Carl Rousseau & Yasmina Smith**
US District Court, Southern District of Florida
Case No. 11- 24637-CV-Cooke                Testified May 16, 2016

**Depositions:**

1. J.P. Gonzalez Sirgo P.A. Attorney Franchesca Marrero-Rodriguez
**Fernando M. Coipel, and his Wife, Ida Coipel vs. John Carpenter, Harold James, Kenya Crocker, Roshan Milligan and Angel Mercado, individually, and The City of Miami**
US District Court, Southern District of Florida
Case No. 1:16-CV-20458-RNS            Testified May 26, 2017

2. Mark Schiffrin P.A. and Law Offices of Brown & Associates P.A.
**Grethel Woodstock, as Personal Representative of the Estate of Marlon Woodstock v City of Sunrise, a municipal corporation, and Gregory Loor, individually**
US District Court, Southern District of Florida
Case No. 0:17-CV-60255-CMA             Testified August 3, 2018